# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br>    Plaintiff,<br><br>            v.<br><br>SUNSET SUBSIDIARY LLC, et al.,<br>    Defendants. | CV 21-3935 DSF (Ex)<br><br>Order REMANDING Case to State Court |

This case was removed on the basis of federal question jurisdiction. Defendant's counsel suggests that Unruh Act claims based on violations of the ADA provide for federal question jurisdiction. This is wrong. Wander v. Kaus, 304 F.3d 856 (9th Cir. 2002). The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: May 12, 2021

_____
Dale S. Fischer
United States District Judge